No. 646. ARIZONA EX REL. MERRILL, SHERIFF *v.* TURTLE. C. A. 9th Cir. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for petitioner. *Theodore R. Mitchell* for respondent.

No. 650. HUMAN ENGINEERING INSTITUTE, INC. *v.* WELCH SCIENTIFIC Co. C. A. 7th Cir. Certiorari denied. *Bruce B. Krost* for petitioner. *John D. Dewey* for respondent.

No. 651. FIRST NATIONAL BANK OF LINCOLNWOOD *v.* CARROLL ET AL. C. A. 7th Cir. Certiorari denied. *Martin S. Gerber* for petitioner. *Sidney R. Zatz* and *John J. Enright* for respondents.

No. 652. PENROD DRILLING Co. *v.* JOHNSON ET AL. C. A. 5th Cir. Certiorari denied. *Thomas A. Harrell* for petitioner. *Scott Baldwin* for respondents.

No. 657. ACKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Ugast, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 658. LOCAL No. 380, INTERNATIONAL UNION, ALLIED INDUSTRIAL WORKERS OF AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Gerry M. Miller* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for National Labor Relations Board, and *Walter S. Davis* for Flambeau Plastics Corp., respondents.